IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
_____
IN RE CONAGRA FOODS, INC.      )
SECURITIES LITIGATION          )
_____)
DAVID P. BERLIEN, on behalf    )
of himself and all others      )
similarly situated,            )
                               )
            Plaintiff,         )       8:05CV292
                               )
     v.                        )
                               )
CONAGRA FOODS, INC., et al.,   )
                               )
            Defendants.        )
_____)
JOSEPH CALVACCA, individually  )
and on behalf of all others    )
similarly situated,            )
                               )
            Plaintiff,         )       8:05CV318
                               )
     v.                        )
                               )
CONAGRA FOODS, INC., et al.,   )
                               )
            Defendants.        )
_____)
JAMES M. WOODS, on behalf      )
of himself and all others      )
similarly situated,            )
                               )
            Plaintiff,         )       8:05CV493
                               )
     v.                        )
                               )
CONAGRA FOODS, INC., et al.,   )          ORDER
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the motion to withdraw as counsel of record by Leo A. Knowles (Filing No. 61 in

8:05CV292; Filing No. 38 in 8:05CV318; Filing No. 65 in 8:05CV493).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion to withdraw as counsel of record is granted.  Leo A. Knowles is deemed withdrawn as counsel of record for defendants ConAgra Foods, Inc., and Bruce Rohde.

DATED this 23rd day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court