IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
_____
IN RE CONAGRA FOODS, INC.      )
SECURITIES LITIGATION          )
_____)
DAVID P. BERLIEN, on behalf    )
of himself and all others      )
similarly situated,            )
                               )
            Plaintiff,         )       8:05CV292
                               )
    v.                         )
                               )
CONAGRA FOODS, INC., et al.,   )
                               )
            Defendants.        )
_____)
JOSEPH CALVACCA, individually  )
and on behalf of all others    )
similarly situated,            )
                               )
            Plaintiff,         )       8:05CV318
                               )
    v.                         )
                               )
CONAGRA FOODS, INC., et al.,   )
                               )
            Defendants.        )
_____)
JAMES M. WOODS, on behalf      )
of himself and all others      )
similarly situated,            )
                               )
            Plaintiff,         )       8:05CV493
                               )
    v.                         )
                               )
CONAGRA FOODS, INC., et al.,   )         ORDER
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the joint stipulation of voluntary dismissal (Filing No. 89 in 8:05CV292;

Filing No. 42 in 8:05CV318; Filing No. 70 in 8:05CV493).  Pursuant thereto,

IT IS ORDERED that the joint stipulations of voluntary dismissal are approved and adopted.  These actions are dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

DATED this 7th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

-2-